IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT SMITH and VERSATILE INSURANCE PLANNERS, LLC, § § § Plaintiffs, § § VS. § CIVIL ACTION NO. SA-17-CA-005-FB § CERTAIN UNDERWRITERS AT LLOYD'S § LONDON, § § Defendant. § | |

*** ORDER DENYING MOTION TO REMAND AND GRANTING SEALING MOTION ***

Before the Court are Plaintiffs' Motion to Remand (docket #6); Defendant Certain Underwriter's at Lloyd's, London's Response in Opposition to Motion to Remand (docket #8); Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion to Remand (docket #10); and Defendant Certain Underwriter's at Lloyd's, London's Sealing Motion (docket #9). Plaintiffs originally moved to remand this case for lack of jurisdiction because of insufficient facts to establish diversity jurisdiction between the parties. That information has been provided by the defendant which supports a finding of diversity between the parties.

Accordingly, based on the argument, authority, and documentation provided by the parties to this Court, the Court finds it does have subject matter jurisdiction. Therefore, IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand (docket #6) is DENIED.

Also before the Court is defendant's sealing motion. Defendant seeks permission to keep a document titled "Synd4020 YOA 2012" and referenced as Exhibit 1 in its Response in Opposition to Plaintiffs' Motion to Remand under seal because it contains classified information which the parties have agreed to protect and keep sealed pursuant to the Joint Confidentiality and Protective Order entered in this case. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant Certain Underwriter's at Lloyd's London's Sealing Motion (docket #9) is GRANTED such that the document title "Synd4020 YOA 2012" attached to the Sealing Motion as Exhibit 1 is sealed and shall remain under seal unless otherwise ordered by this Court.

It is so ORDERED.

SIGNED this 8th day of March, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE