## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SCOTT SMITH** | § | |
| **and VERSATILE INSURANCE** | § | |
| **PLANNERS, LLC,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:17-cv-00005-FB** |
| | § | |
| **CERTAIN UNDERWRITERS AT** | § | |
| **LLOYD'S LONDON,** | § | |
| **Defendant.** | § | |

### AGREED STIPULATION DISMISSING LAWSUIT WITH PREJUDICE

Plaintiffs, Christopher Scott Smith and Versatile Insurance Planners, LLC and Defendant, Certain Underwriters at Lloyd's, London hereby file this *Agreed Stipulation Dismissing Lawsuit With Prejudice* ("Stipulation"). Plaintiffs, through their respective counsel, have agreed: (1) to dismiss all claims and causes of action in this lawsuit with prejudice, and (2) that this action should be terminated fully and finally, for all purposes.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Jacob C. Esparza*

**Jacob C. Esparza**
State Bar No. 24050575
jacob.esparza@hfw.com
**Susan H. Swanson**
State Bar No. 24038955
susan.swanson@hfw.com
5151 San Felipe, Suite 400
Houston, Texas  77056
Telephone:  (713) 917-0888
Facsimile:  (713) 953-9470
**ATTORNEYS FOR DEFENDANT**
**CERTAIN UNDERWRITERS AT LLOYD'S**
**LONDON**

and

**PLUNKETT, GRIESENBECK &**
**MIMARI, INC.**


*/s/ Ruth G. Malinas*
**NIK A. MIMARI**
State Bar No. 24013169
**RUTH G. MALINAS**
State Bar No. 08399350
1635 N.E. Loop 410, Suite 900
San Antonio, TX 78209
E-mail: nmimari@pg-law.com
E-mail: rmalinas@pg-law.com
Telephone No.: (210) 734-7092
Telecopier No.: (210) 734-0379
**ATTORNEYS FOR PLAINTIFFS**
**CHRISTOPHER SCOTT SMITH and**
**VERSATILE INSURANCE PLANNERS, LLC**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing services, certified mail, return, receipt requested, facsimile and/or electronic mail on the following counsel on this 1st day of August 2017:

Nik A. Mimari
Email: nmimari@pglaw.com
Ruth G. Malinas
Email: rmalinas@pglaw.com
Plunkett, Griesenbeck & Mimari, Inc.
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
Telephone (210) 734-7092
Via Facsimile: (210) 734-0379

*/s/Jacob C. Esparza*

Jacob C. Esparza