IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CHRISTOPHER SCOTT SMITH and     §
VERSATILE INSURANCE PLANNERS,   §
INC.,                           §
                                §
        Plaintiffs,             §
                                §
VS.                             §     CIVIL ACTION NO. SA-17-CA-005-FB
                                §
CERTAIN UNDERWRITERS AT LLOYD'S §
LONDON,                         §
                                §
        Defendant.              §

### ___ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT___

Before the Court is the Agreed Stipulation Dismissing Lawsuit with Prejudice filed by the parties on August 1, 2017 (docket #20). Plaintiffs have agreed to dismiss all claims and causes of action in this lawsuit with prejudice and to terminate this action fully and finally for all purposes.

Accordingly, pursuant to the Agreed Stipulation Dismissing Lawsuit with Prejudice, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action are DISMISSED WITH PREJUDICE with costs to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 3rd day of August, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE